# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160718

THERESE SHAW, Individually and as
Representative of a Class of Similarly Situated
Persons,
         Plaintiff-Appellant,

and

GARISSON PLACE OFFICE CENTER LLC, and
THINK FRESH-FAIRLANE LLC,
         Plaintiffs,

v

CITY OF DEARBORN,
         Defendant-Appellee.

_____/

SC:  160718
COA:  341701
Wayne CC:  13-014215-CB

On order of the Court, the application for leave to appeal the September 19, 2019 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *DAART v City of Detroit* (Docket No. 158852) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2020



Clerk

s0630